FILED
CLERK, U.S. DISTRICT COURT

MAR 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOHN McMILLAN,<br>Defendant. | Case No.  CR 99-01347-R<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On March 21, 2016,  Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release in the above-referenced matter.

Defendant was represented by Deputy Federal Public Asal Akhondzadeh.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention, and the Presentence Report issued in connection with the sentencing hearing in this case.

1       Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §

2  3143(a) following Defendant's arrest for alleged violation(s) of the terms of

3  Defendant's ☐ probation / ☒ supervised release,

4       The Court finds that :

5      A.    ☒    Defendant has not carried his burden of establishing by clear

6  and convincing evidence that Defendant will appear for further proceedings as

7  required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

8          ☒    Allegations in petition include sustaining an arrest and

9  conviction for Assault with a Deadly Weapon.

10         ☒    Previous Revocation of Probation

11         ☒    Lack of  background or surety information

12      B.    ☒    Defendant has not carried his burden of establishing by clear

13  and convincing evidence that Defendant will not endanger the safety of any other

14  person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based

15  on:

16         ☒    criminal history

17         ☒    allegations in the Petition for Revocatoin

18         ☒    Prior violation of conditions of release

19

20                  III.

21      IT IS THEREFORE ORDERED that the defendant be detained pending

22  further proceedings.

23

24  Dated: March 21, 2016

25                    /s/

26                    HON. ALKA SAGAR

                       UNITED STATES MAGISTRATE JUDGE

27

28